**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6064**

ALBERT MARQUAVIOUS LAMAR ANDERSON,

Plaintiff - Appellant,

v.

NOVANT HEALTH, Medical care sued in their official capacity; DAVIE COUNTY SHERIFF'S OFFICE, sued in their official capacity; DAVIE COUNTY LAW ENFORCEMENT DETENTION CENTER, Jail sued in their official capacity; MEDICAL PROVIDER, sued in their individual and official capacity; JOHN DOE, Chief of Davie County Sheriff's Office sued in their individual and official capacity; JONES, Sheriff Davie County Sheriff's Office sued in their individual and official capacity; MCMILLAN, Sheriff, Davie County Sheriff's Office sued in their official capacity; ALEXA, Nurse, Novant Health Hospital sued in their individual and official capacity; JOHN DOE 1, Doctor Novant Health Hospital sued in their individual and official capacity; JOHN DOE 2, Doctor Novant Health Hospital sued in their individual and official capacity; JOHN DOE 3, Lead Doctor Novant Health Hospital sued in their individual and official capacity; WILLLIAMS, Security Guard Novant Health Hospital sued in their individual and official capacity; DAVIE COUNTY PAROLE OFFICE, Probation and Parole sued in their individual and official capacity; JOHN DOE 5, Probation Officer sued in their individual and official capacity; JOHN DOE 6, Parole Case Analyst sued in their individual and official capacity; JANE DOE 1, Nurse Davie County Law Enforcement Detention Center sued in their individual and official capacity; JANE DOE 2, Captain Davie County Jail sued in their individual and official capacity; JANE DOE 3, Ultrasound Nurse Novant Health sued in their individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Senior District Judge.  (1:23-cv-00974-LCB-LPA)

Submitted:  February 20, 2025                    Decided:  February 25, 2025

———————————————

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Albert Anderson, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Marquavious Lamar Anderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Anderson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Anderson's "Request/Motion for a Waiver of Filing or a Modification at the Discretion of the Court" and affirm the district court's order. *Anderson v. Novant Health*, No. 1:23-cv-00974-LCB-LPA (M.D.N.C. Dec. 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3